IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TRUELOVE & MCLEAN,

        Appellant,

vs.                                            CASE NO.: 1:05cv132-SPM

MOLTECH POWERS SYSTEMS,
INC. n/k/a BATTERY PARK
INDUSTRIES, INC.,

        Appellee.

_____/

## ORDER ENLARGING TIME TO FILE INITIAL BRIEF

        Upon consideration, Appellant's Uncontested Motion for Enlargement of Time to File Initial Brief (doc. 2) is granted.  Appellant shall have up to and including September 9, 2005 to file and serve its initial brief.

        SO ORDERED this 19th day of August, 2005.

                          _s/ Stephan P. Mickle_____

                          Stephan P. Mickle
                          United States District Judge